IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY FERRER, AMY HADDAD, and SARAH SORSCHER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAREFIRST, INC.; GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. d/b/a CAREFIRST BLUECROSS BLUESHIELD; CAREFIRST OF MARYLAND, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD; CARE FIRST BLUECROSS BLUESHIELD; and CAREFIRST BLUECHOICE, INC.,<br><br>Defendants. | Civil Action No. 1:16-CV-02162-APM<br><br><br><br><br><br><br><br>**CLASS ACTION** |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Stephanie E. Saunders *pro hac vice* in the above-entitled action. This motion is supported by my Declaration, filed herewith. As set forth in my declaration, I am admitted and an active member in good standing in the following Courts: the District of Colorado and the Supreme Court of Pennsylvania. This Motion is supported by Matthew E. Miller, an active and sponsoring member of the Bar of this Court.

1

Dated:  December 9, 2016                                Respectfully submitted,


                                        By:     */s/ Matthew E. Miller*
                                                Matthew E. Miller
                                                CUNEO GILBERT & LADUCA, LLP
                                                4725 Wisconsin Ave NW, Suite 200
                                                Washington, DC 20016
                                                Phone:  (202) 587-5067
                                                mmiller@cuneolaw.com

                                                Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY FERRER, AMY HADDAD, and SARAH SORSCHER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>CAREFIRST, INC.; GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. d/b/a CAREFIRST BLUECROSS BLUESHIELD; CAREFIRST OF MARYLAND, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD; CARE FIRST BLUECROSS BLUESHIELD; and CAREFIRST BLUECHOICE, INC.,<br><br>    Defendants. | Civil Action No. 1:16-CV-02162-APM<br><br><br><br><br><br><br><br>**CLASS ACTION** |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY STEPHANIE E. SAUNDERS *PRO HAC VICE*

 The Court having reviewed Plaintiffs' Motion for Admission and supporting Declaration hereby grants attorney Stephanie E. Saunders admission *pro hac vice* to this Court.

 IT IS SO ORDERED.

Dated: _____

                          Hon. Amit P. Mehta, U.S.D.J.