# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY FERRER, AMY HADDAD, and SARAH SORSCHER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAREFIRST, INC.; GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. d/b/a CAREFIRST BLUECROSS BLUESHIELD; CAREFIRST OF MARYLAND, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD; CARE FIRST BLUECROSS BLUESHIELD; and CAREFIRST BLUECHOICE, INC.,<br><br>Defendants. | Civil Action No. 1:16-CV-02162-APM<br><br><br><br><br><br><br><br>**CLASS ACTION** |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Nicholas E. Chimicles *pro hac vice* in the above-entitled action. This motion is supported by my Declaration, filed herewith. As set forth in my declaration, I am admitted and an active member in good standing in the following Courts: the United States Supreme Court, the Second, Third, Fourth, Sixth, Ninth, Tenth and Eleventh Circuit Courts of Appeals, the Court of Appeals for the D.C. Circuit, the Eastern District of Pennsylvania, the Eastern District of Michigan, the Eastern District of Wisconsin, the Supreme Court of Pennsylvania, the District of Colorado and the Court of Federal Claims. This Motion is supported by Matthew E. Miller, an active and sponsoring member of the Bar of this Court.

Dated:  December 9, 2016	Respectfully submitted,


	By:	*/s/ Matthew E. Miller*
		Matthew E. Miller
		CUNEO GILBERT & LADUCA, LLP
		4725 Wisconsin Ave NW, Suite 200
		Washington, DC 20016
		Phone:  (202) 587-5067
		mmiller@cuneolaw.com

		Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY FERRER, AMY HADDAD, and SARAH SORSCHER, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>CAREFIRST, INC.; GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. d/b/a CAREFIRST BLUECROSS BLUESHIELD; CAREFIRST OF MARYLAND, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD; CARE FIRST BLUECROSS BLUESHIELD; and CAREFIRST BLUECHOICE, INC.,<br><br>  Defendants. | Civil Action No. 1:16-CV-02162-APM<br><br><br><br>**CLASS ACTION** |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY NICHOLAS E. CHIMICLES *PRO HAC VICE*

The Court having reviewed Plaintiffs' Motion for Admission and supporting Declaration hereby grants attorney Nicholas E. Chimicles admission *pro hac vice* to this Court.

IT IS SO ORDERED.


Dated: _____           _____
                                         Hon. Amit P. Mehta, U.S.D.J.