IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY FERRER, AMY HADDAD, and SARAH SORSCHER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAREFIRST, INC.; GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. d/b/a CAREFIRST BLUECROSS BLUESHIELD; CAREFIRST OF MARYLAND, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD; CARE FIRST BLUECROSS BLUESHIELD; and CAREFIRST BLUECHOICE, INC.,<br><br>Defendants. | Civil Action No. 1:16-CV-02162-APM<br><br><br><br><br><br><br><br>**CLASS ACTION** |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Kimberly M. Donaldson Smith *pro hac vice* in the above-entitled action. This motion is supported by my Declaration, filed herewith. As set forth in my declaration, I am admitted and an active member in good standing in the following Courts: the Pennsylvania Supreme Court, the New Jersey Supreme Court, the Third Circuit Court of Appeals, the District of New Jersey, the District of Colorado, the Eastern District of Pennsylvania and the Eleventh Circuit Court of Appeals. This Motion is supported by Matthew E. Miller, an active and sponsoring member of the Bar of this Court.

Dated:  December 9, 2016					Respectfully submitted,


						By:	*/s/ Matthew E. Miller*
							Matthew E. Miller
							CUNEO GILBERT & LADUCA, LLP
							4725 Wisconsin Ave NW, Suite 200
							Washington, DC 20016
							Phone:  (202) 587-5067
							mmiller@cuneolaw.com

							Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY FERRER, AMY HADDAD, and SARAH SORSCHER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAREFIRST, INC.; GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. d/b/a CAREFIRST BLUECROSS BLUESHIELD; CAREFIRST OF MARYLAND, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD; CARE FIRST BLUECROSS BLUESHIELD; and CAREFIRST BLUECHOICE, INC.,<br><br>Defendants. | Civil Action No. 1:16-CV-02162-APM<br><br><br><br>**CLASS ACTION** |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY KIMBERLY M. DONALDSON SMITH *PRO HAC VICE*

The Court having reviewed Plaintiffs' Motion for Admission and supporting Declaration hereby grants attorney Kimberly M. Donaldson Smith admission *pro hac vice* to this Court.

IT IS SO ORDERED.

Dated: _____   _____
                                                        Hon. Amit P. Mehta, U.S.D.J.