UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDSAY FERRER, et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**CAREFIRST, INC., et al.,** )<br>)<br>Defendants. )<br>) | Case No. 16-cv-02162 (APM) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 56, Plaintiffs' Motion for Attorneys' Fees is granted in part and denied in part. The court hereby awards Plaintiffs attorneys' fees in the amount of $611,389 and $423,625 in costs.

This is a final, appealable Order.

Dated: September 30, 2019

Amit P. Mehta
United States District Judge